

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00707-CV

**JUBILEE ACADEMIC CENTER, INC.,**
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC, D/B/A ATHLOS ACADEMIES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Laura Salinas, Judge Presiding

# O R D E R

The trial court clerk has filed a supplemental clerk's record showing the appealed order has been signed in this case. We therefore order the court reporter, Debra Jimenez, to file the reporter's record by **December 13, 2019**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court